UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL LOPEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>90 RIVINGTON STREET, LLC; FROTH NEW YORK LLC,<br><br>                    Defendants. | 24-CV-2424 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 2, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* ECF No. 7. Per the docket, Plaintiff served the summons and complaint on April 16, 2024. *See* ECF No. 8. To date, no letter has been filed.

The parties shall submit their joint letter no later than July 12, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 2, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge